ADAM P. DIENST, Appellant, *v.* THE CITY OF NEW YORK et al., Respondents.

*Dienst* v. *City of New York,* 124 App. Div. 938, affirmed.
(Argued January 20, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1908, affirming a judgment in favor of defendants entered upon the report of a referee in an action to recover for an alleged breach of contract.

*Chase Mellen,* for appellant.

*Francis K. Pendleton, Corporation Counsel* (*Terence Farley* and *Theodore Connolly* of counsel), for The City of New York, respondent.

*William Greenough* for New York, New Haven and Hartford Railroad Company, respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, HISCOCK and CHASE, JJ. Not voting: EDWARD T. BARTLETT, J.